Joseph M. WILLINGER et al., Partners,
d/b/a Cream Top Creamery,
Appellants,

v.

Stewart E. EDGAR et al., etc. (now Mark-
well et al.), Appellees.

Court of Appeals of Kentucky.

May 10, 1957.

———◆———

C. Maxwell Brown, Helen R. Graft, Louisville, for appellants.

Edward J. Hogan, Louisville, Boehl, Stopher, Kilgarriff, Graves & Deindoerfer, Louisville, for appellees.

PER CURIAM.

Joseph M. Willinger et al., appellants, sought to recover $1,860 from appellees, Stewart E. Edgar et al., for damages to their truck. At the close of the plaintiffs' testimony, a motion for a directed verdict in favor of the defendants was sustained.

The record has been examined, and we have concluded that the appellants failed to prove any negligence chargeable to the appellees and the directed verdict was proper.

The motion for an appeal is overruled and the judgment is affirmed.